UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EURYS HERRERO ENCARNACION,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ et al.,<br><br>Respondents. | Civil No. 25-12237-LTS |

## JUDGMENT

September 19, 2025

SOROKIN, J.

Pursuant to the Order dated September 5, 2025, Doc. No. 16, the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. Each party shall bear their own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge